UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

**FILED**

SEP 2 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

Civil Action No.

v.

**06 1403**

PETER D. KIRSCHNER AND MEDIA MAGIC, INC.,

Defendants.

### FINAL JUDGMENT AS TO DEFENDANT PETER D. KIRSCHNER

The Securities and Exchange Commission having filed a Complaint and Defendant Peter

D. Kirschner ("Defendant"), having entered a general appearance; consented to the Court's

jurisdiction over the Defendant and the subject matter of this action; consented to entry of this

Final Judgment without admitting or denying the allegations of the Complaint (except as to

jurisdiction); waived findings of fact and conclusions of law; and waived any right to appeal

from this Final Judgment:

**I.**

IT IS ORDERED, ADJUDGED, AND DECREED that Defendant and Defendant's

agents, servants, employees, attorneys, and all persons in active concert or participation with

them who receive actual notice of this Final Judgment by personal service or otherwise are

permanently restrained and enjoined from violating, directly or indirectly, Section 10(b) of the

Securities Exchange Act of 1934 [15 U.S.C. §78j(b)] and Rule 10b-5 thereunder [17 C.F.R.

§240.10b-5], and Sections 5(a), 5(c) and 17(a) of the Securities Act of 1933 [15 U.S.C. §§77e (a)

& (c), §77q(a)].

## II.

IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant is liable for disgorgement of $109,400, representing in ill-gotten gains from the conduct alleged in the Complaint, together with prejudgment interest thereon in the amount of $4,149.14, for a total of $113,549.41.

## III.

IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant shall pay a civil penalty in the amount of $55,000 pursuant to Section 21(d)(3) of the Exchange Act [15 U.S.C. § 78u(d)(3)].

## IV.

IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant shall make these payments within ten (10) business days after entry of this Final Judgment by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission.  The payment shall be delivered or mailed to the Office of Financial Management, Securities and Exchange Commission, Operations Center, 6432 General Green Way, Mail Stop 0-3, Alexandria, Virginia 22312, and shall be accompanied by a letter identifying Peter D. Kirschner as a defendant in this action; setting forth the title and civil action number of this action and the name of this Court; and specifying that payment is made pursuant to this Final Judgment.  Defendant shall pay post-judgment interest on any delinquent amounts pursuant to 28 USC §1961.  Confirmation of payment, including a copy of the certified check, bank cashier's check, or United States postal money order, accompanied by a letter identifying

2

Peter D. Kirschner as a defendant in this action; setting forth the title and civil action number of this action and the name of this Court; and specifying that payment is made pursuant to this Final Judgment shall be served simultaneously on John Reed Stark, Esq., Division of Enforcement, Securities and Exchange Commission, 100 F Street, N.E., Washington, D.C. 20549-5613-B.

V.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Consent is incorporated herein with the same force and effect as if fully set forth herein, and that Defendant shall comply with all of the undertakings and agreements set forth therein.

VI.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

Dated: September 25, 2006

_____
UNITED STATES DISTRICT JUDGE